# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TONY MISSAK,** | )<br>)     8:04CV567 |
| **Plaintiff,** | )<br>) |
| vs. | )     **ORDER**<br>) |
| **LAKELAND ENGINEERING EQUIPMENT COMPANY,** | )<br>)<br>) |
| **Defendant.** | ) |

On the oral motion of counsel for the defendant and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for July 15, 2005 at 10:00 a.m. is cancelled and is **rescheduled for July 22, 2005 at 1:30 p.m.** before the undersigned magistrate judge. Defendant's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 8th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge