# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TONY MISSAK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:04CV567** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LAKELAND ENGINEERING EQUIPMENT COMPANY, et al.** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion for leave to withdraw of Robert J. Meyer from the firm Welsh & Welsh, P.C., L.L.O. (Filing No. 28) as counsel for the plaintiff. The plaintiff continues to be represented by other counsel from the same firm. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Robert J. Meyer (Filing No. 28) as counsel for the plaintiff is granted.

2. The Clerk of Court shall stop all electronic notices to Robert J. Meyer regarding this case.

DATED this 15th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge